ANGELA ROCHELLE BRAZIL
560 MATLOCK RD
CARTHAGE, MS 39051

SUNBIT FINANCIAL
PO BOX 24010
LOS ANGELES, CA 90024

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

COLLECTION MANAGEMENT
ATTN: BANKRUPTCY
661 ANDERSEN DR
STE 110
PITTSBURGH, PA 15220

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

VANDERBILT MORTGAGE
ATTN: BANKRUPTCY
PO BOX 9800
MARYVILLE, TN 37802

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

MERIT HEALTH
P.O. BOX 281441
ATLANTA, GA 30304

PROFESSIONAL ACCOUNT S
PO BOX 188
BRENTWOOD, TN 37024

ST DOMINIC HOSPITAL
PO BOX 24056
JACKSON, MS 39225-4056