**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                          CHAPTER 13 NO.:

ANGELA ROCHELLE BRAZIL                                          26 – 01610 – JAW

**O R D E R**

      THIS CAUSE came before this Honorable Court on the Trustee's Motion to Dismiss [DK #          ]; and the

Court orders as follows:

      THAT, no response has been timely filed herein.

      THAT, the Trustee's Motion to Dismiss is granted and this case is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

*/s/ Joshua C. Lawhorn*
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM