Docusign Envelope ID: 083E6360-41B2-4D3D-8BFB-E5A2110A2D78

# MORGAN & MORGAN

## MORGAN & MORGAN PLLC ®
### A MISSISSIPPI PROFESSIONAL LIMITED LIABILITY COMPANY
**4450 Old Canton Road • SUITE 200 • JACKSON, MISSISSIPPI 39211**
**Telephone: (601) 949-3388  Facsimile: (601) 949-3399**

FOR AND IN CONSIDERATION of legal services rendered and to be rendered, I, the undersigned, do hereby employ **Morgan & Morgan PLLC, A Mississippi Professional Limited Liability Company** (hereafter referred to as Morgan & Morgan), to represent me as my attorney in my claim against ___Tyson Foods, Inc.___ AND ___Tyson Foods___, for compensation and medical treatment for injuries and/or disabilities resulting from an accidental injury or condition which I received on or about 1/7/2026___.

Said injury or condition was sustained by me in the course of and arose out of my employment and said claim is or may be filed with the Mississippi Workers Compensation Commission. As such, I hereby agree to pay my attorney, Morgan & Morgan, both reasonable expenses and a sum equal to twenty-five percent (25%) of any and all amounts which may be hereafter recovered by me as compensation and payment for said services, in accordance with the provisions of law, in such case made and provided, and subject to the approval of the Mississippi Workers Compensation Commission.

The client hereby acknowledges that he/she has been advised and understands that the Mississippi Workers Compensation Act, M.C.A. §§ 71-3-1 et. seq, hereinafter referred to as the "Act", provides that no attorney's fee may be collected or withheld from any voluntary disability payments. Despite this provision of the Act, the Client understands and acknowledges the value of the attorney's knowledge, experience, effort and time. Therefore, the Client understands and agrees that by retaining the undersigned counsel to represent him/her in the subject workers' compensation claim, that the claim is contested. The Client specifically agrees that any lump sum or installment payment of permanent disability benefits (permanent total disability ("PTD") and/or permanent partial disability ("PPD")) by the employer, its insurance carrier or a third party administrator that are commenced *after the date* of this contract and regardless of action taken by the Morgan & Morgan to force payment of such benefits are *not voluntary* and will be subject to a 25% attorney's fee. Morgan & Morgan, by and through the undersigned counsel, agrees and acknowledges that no fee will be withheld from temporary disability payments (temporary total disability ("TTD") and/or temporary partial disability ("TPD")) or mileage reimbursement benefits remitted after the date of this contract, unless such benefits are back-owed and lump sum payment thereof results from action taken by Morgan & Morgan on behalf of the client. In such instance, Client agrees and understands such payments are subject to a 25% attorney's fee.

Morgan & Morgan is entitled to a sum equal to twenty-five percent (25%) of any and all amounts which may be hereafter recovered by me in the form of permanent total or permanent partial disability benefits, whether paid in increments or in a lump sum. Morgan & Morgan is entitled to a sum equal to twenty-five percent (25%) for death benefits, if I am employing Morgan & Morgan to recover benefits as a result of a work related death.

In the event either party shall prosecute an appeal from an order of the Mississippi Workers Compensation Commission, I further agree to pay said attorney an additional fee therefore, which shall

MMWC_MS_V06032024

Docusign Envelope ID: 083E6360-41B2-4D3D-8BFB-E5A2110A2D78

make the total attorney's fee a sum equal to thirty-three and one-third percent (33 1/3%) of all amounts recovered by me in said cause.

I understand and agree that I am only obligated to pay costs if there is a recovery in this claim. Said costs shall include, but are not limited to, cash and non-cash expenditures for: investigator mileage to and from the initial sign up meeting, court filing fees, medical records charges, experts, mediation fees, subpoenas and deposition costs, witness fees, long distance telephone calls, facsimiles, photocopies, postage, in-house printing, travel, parking, investigative services and all other costs necessary for proper performance of legal services. In the event that Morgan & Morgan withdraws from the case, Morgan & Morgan reserves the right to be reimbursed for said costs if a recovery is made by another firm.

I understand and agree that The Firm may contact me at any phone number (including mobile, cellular/wireless, or similar devices) or email address I provide at any time, for any lawful purpose. The ways in which The Firm may contact me include live operator, automatic telephone dialing systems (auto-dialer), prerecorded message, text messaging systems or email. Phone numbers and email addresses I provide include those I give to The Firm, those from which I contact The Firm or which we obtain through other means. I also understand and agree that The Firm may monitor/and or record any of my phone conversations with The Firm representatives.

I provide my consent for the Firm and its attorneys to publish the results of my case including, without limitation, trial verdicts, arbitration awards, settlement amounts (without disclosing the names of the parties where confidential), and/or fee awards in advertisements and other media.

In the event of any dispute, disagreement, claim or controversy between Client and Morgan & Morgan PLLC or any attorneys or other employees or agents of Morgan & Morgan PLLC, Client and Morgan & Morgan PLLC agree that any and all such disputes will, at the election of either of the parties, be resolved through the process of binding arbitration under the rules of the American Arbitration Association, regardless of when the dispute arose or the subject matter of the dispute. This specifically includes disputes over the validity, enforceability or scope of this arbitration provision and any disputes over the arbitrability of any disputes between Client and Morgan & Morgan PLLC.

In the event that I, the client, attempt to terminate this contract prior to the conclusion of the representation by Morgan & Morgan, then Morgan & Morgan retains its rights to the agreed upon reasonable attorney fee of twenty-five percent (25%) of any and all amounts which may be recovered by the undersigned as compensation and payment for said services, plus any and all expenses incurred by Morgan & Morgan in pursuing this claim.

WITNESS MY SIGNATURE on this DATE: _____1/8/2026 | 3:32 PM EST_____

CLIENT SIGNATURE: _____*Angela Brazil*_____

WITNESS SIGNATURE: _____

ATTORNEY SIGNATURE: _____

MMWC_MS_V06032024

**docusign**

## Certificate Of Completion

Envelope Id: 083E6360-41B2-4D3D-8BFB-E5A2110A2D78
Subject: Angela Brazil, Your Lawyer Is Ready To Investigate Your Claim - Click To Get Started
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 11 | Signatures: 6 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Jacqueline Mcmahan |
| AutoNav: Enabled | | 20 North Orange Avenue |
| EnvelopeId Stamping: Enabled | | Suite 1600 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | Orlando, FL 32801 |

Status: Completed

jacqueline.mcmahan@forthepeople.com
IP Address: 155.226.129.248

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Jacqueline Mcmahan | Location: DocuSign |
|     1/8/2026 12:58:11 PM |     jacqueline.mcmahan@forthepeople.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Angela Brazil<br>mbrazil727@gmail.com<br>Security Level: Email, Account Authentication (None) | *Angela Brazil*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address:<br>2600:100d:a121:f703:ec40:66ec:fc7d:a903<br>Signed using mobile | Sent: 1/8/2026 12:58:14 PM<br>Viewed: 1/8/2026 3:32:02 PM<br>Signed: 1/8/2026 3:32:51 PM |

**Electronic Record and Signature Disclosure:**
   Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/8/2026 12:58:15 PM |
| Certified Delivered | Security Checked | 1/8/2026 3:32:02 PM |
| Signing Complete | Security Checked | 1/8/2026 3:32:51 PM |
| Completed | Security Checked | 1/8/2026 3:32:51 PM |

| Payment Events | Status | Timestamps |
|---|---|---|