United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                      Case No. 26-01610-JAW

Angela Rochelle Brazil                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                     User: mssbad                              Page 1 of 2

Date Rcvd: Aug 06, 2026                  Form ID: n031                             Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Rochelle Brazil, 560 Matlock Rd, Carthage, MS 39051-9079 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| sp | + | Lindsay Varnadoe, Morgan & Morgan, PA, 4450 Old Canton Rd, Ste 200, Jackson, MS 39211-5991 |
| 5683690 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5685213 | + | Robert Alan Byrd, Esq., Atty for Keesler Federal Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5683692 | | St Dominic Hospital, PO Box 24056, Jackson, MS 39225-4056 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5683686 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 06 2026 19:51:00 | Collection Management, Attn: Bankruptcy, 661 Andersen Dr, Ste 110, Pittsburgh, PA 15220-2700 |
| 5683688 | + | Email/Text: ebone.woods@usdoj.gov | Aug 06 2026 19:51:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5683687 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2026 19:51:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5697209 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2026 19:51:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5683689 | + | Email/Text: melissa.martin@kfcu.org | Aug 06 2026 19:51:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5685130 | + | Email/Text: melissa.martin@kfcu.org | Aug 06 2026 19:51:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5683691 | + | Email/Text: pasi_bankruptcy@chs.net | Aug 06 2026 19:50:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5683693 | | Email/Text: bankruptcy@sunbit.com | Aug 06 2026 19:50:00 | Sunbit Financial, Po Box 24010, Los Angeles, CA 90024 |
| 5683694 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 06 2026 20:02:51 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5683695 | ^ | MEBN | Aug 06 2026 19:46:13 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5683696 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Aug 06 2026 19:51:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |
| 5691639 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Aug 06 2026 19:51:00 | Vanderbilt Mortgage and Finance, Inc., PO BOX 9800, Maryville, TN 37802-9800 |

TOTAL: 12

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 06, 2026 | Form ID: n031 | Total Noticed: 18 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Angela Rochelle Brazil trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−01610−JAW
**Chapter:**  13

**In re:**

Angela Rochelle Brazil
560 Matlock Rd
Carthage, MS 39051

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 6, 2026 (Dkt. # 28 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 6, 2026

Danny L. Miller, Clerk of Court